# STATE OF OREGON,
*Respondent,*

*v.*

# ANDREW FREDERIC PULCIPHER,
*Appellant.*

C020754CR, C020987CR, C013620CR;
A118944 (Control), A120070, A120457
(Cases Consolidated)

116 P3d 951

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Rebecca Duncan, Chief Deputy Public Defender, Office of Public Defense Services, filed the opening brief for appellant. Rebecca Duncan, Chief Deputy Public Defender, filed the supplemental brief.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and David J. Amesbury, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder* and Schuman, Judges.

PER CURIAM

Sentences vacated; remanded for resentencing; otherwise affirmed. *State v. Perez*, 196 Or App 364, 102 P3d 705 (2004), *rev allowed*, 338 Or 488 (2005); *State v. Muyingo*, 197 Or App 320, 105 P3d 899 (2005).

---

* Linder, J., *vice* Richardson, S. J.